710

No. 1003.   TALLEY ET AL. *v.* FOX FILM CORP. ET AL.
June 1, 1937.   Petition for writ of certiorari to the Circuit
Court of Appeals for the Ninth Circuit denied.   *Mr. Wm.
H. Neblett* for petitioners.   *Messrs. Oscar Lawler, Alfred
Sutro, Walter K. Tuller, P. N. McCloskey,* and *Geo. E.
Farrand* for respondents.

No. 1005.   TENNESSEE VALLEY AUTHORITY ET AL. *v.*
TENNESSEE ELECTRIC POWER CO. ET AL.   June 1, 1937.
Petition for writ of certiorari to the Circuit Court of
Appeals for the Sixth Circuit denied.   *Solicitor General
Reed* and *Messrs. James Lawrence Fly, John Lord
O'Brian,* and *William C. Fitts, Jr.,* for petitioners.
*Messrs. Newton D. Baker, Raymond T. Jackson, Charles
M. Seymour,* and *Charles C. Trabue* for respondents.

No. 1017.   EL PASO ELECTRIC CO. ET AL. *v.* ELLIOTT,
REGIONAL DIRECTOR, ET AL.; and
No. 1018.   PERRIN ET AL. *v.* SAME.   June 1, 1937.
Petition for writs of certiorari to the Circuit Court of
Appeals for the Fifth Circuit denied.   *Mr. J. H. Tallichet*
for petitioner in No. 1017.   *Mr. U. S. Goen* for petitioner
in No. 1018.   *Solicitor General Reed* and *Mr. Charles
Fahy* for respondents.

No. 971.   WILLIAMS ET AL. *v.* GREAT LAKES TERMINAL
WAREHOUSE CO. ET AL.   June 1, 1937.   Petition for writ
of certiorari to the Circuit Court of Appeals for the Sixth
Circuit denied.   *Mr. Harry W. Morgan* for petitioners.
*Mr. Donald F. Melhorn* for respondents.